FILED
CLERK, U.S. DISTRICT COURT
APR 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANDY CLINTON LOCKHEART,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, Warden,<br><br>　　　　　Respondent. | CASE NO. CV 06-1830 DSF (FFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 4-11-11

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　United States District Judge